■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS EUGENIO, Appellant. [877 NYS2d 228]—Judgment, Supreme Court, New York (Micki A. Scherer, J.), rendered on or about July 27, 2005, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Renwick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MURRAY, Appellant. [877 NYS2d 228]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about September 7, 2005, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Renwick, JJ.